**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

SALVADOR F. MUSTELIER,

        Petitioner,

vs.                             Case No. 5:09-cv-210-SPM-AK

JACKSON CORRECTIONAL
INSTITUTION, WARDEN,

        Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

       THIS CAUSE comes before the Court for consideration of the Magistrate

Judge's Report and Recommendation (doc. 5). Petitioner filed objections (doc.

6). In accordance with Title 28, United States Code, Section 636(b)(1), I have

conducted a de novo review and determined that the Report and

Recommendation should be adopted despite Petitioner's objections.

       This Court finds that the Magistrate Judge has clearly and articulately

demonstrated the legal and procedural fallacies in Petitioner's claims. Petitioner

is currently "in custody pursuant to the judgment of a State court," thus, he is

subject to 28 U.S.C. § 2254, not 28 U.S.C. § 2241 (doc. 5), as he claims.

Case No. 5:09-cv-210-SPM-AK

<u>Medberry v. Crosby</u>, 351 F.3d 1049, 1062 (11th Cir. 2003). Furthermore, the

"extraordinary remedy" of 28 U.S.C. § 1651 is not available to Petitioner.

Previous unsuccessful petitions for habeas corpus do not render the statute itself

"inadequate and ineffective," nor does it allow Petitioner to bypass the

requirements of 28 U.S.C. § 2254 (doc. 5). Accordingly, it is hereby

ORDERED as follows:

1.      The Magistrate Judge's Report and Recommendation (doc. 5) is

        *ADOPTED* and incorporated by reference in this order.

2.      The petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §

        2241 (docs. 1 and 6) is DISMISSED.

3.      The petition for All Writ pursuant to 28 U.S.C. § 1651 (docs. 1 and

        6) is *DISMISSED*.

DONE AND ORDERED this <u>ninth</u> day of October, 2009.


_s/ Stephan P. Mickle_

Stephan P. Mickle
Chief United States District Judge


Case No. 5:09-cv-210-SPM-AK